UNITED STATES COURT OF INTERNATIONAL TRADE                              FORM 1

| HARTFORD FIRE INSURANCE COMPANY, |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S
In Actions Under
28 U.S.C. ' 1581 (a)

13- 00274

TO:   The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. ' 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

L.S.

_____
Clerk of the Court

## PROTEST

| Port of Entry | Baltimore, MD | Date Protest Filed | 05-01-08 |
|---|---|---|---|
| Protest Number: | 1303-08-100077 | Date Protest Denied | 02-12-13 |
| Importer: | Fasttrack Merchants, Inc. | | |
| Category of Merchandise: Mushrooms | | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Demand |
|---|---|---|
| U42-0030422-6 and others as per schedule attached | 08-04-06 | 11-13-07 |

United States Customs & Border Protection
40 South Gay Street
Baltimore, MD 21202

Barnes Richardson & Colburn, LLP
Attorneys for Plaintiff
475 Park Avenue South
New York, New York 10016
212-725-0200

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other:**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Whether the claims against Hartford should be cancelled or mitigated because of
1) Facial defects on the bonds and 2) Customs did not require cash deposits
3) Single entry bond not produced.

The issue which was common to all such denied protests:
Whether the claims against Hartford should be cancelled or mitigated because of
1) Facial defects on the bonds and 2) Customs did not require cash deposits
3) Single entry bond not produced.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer=s behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issued stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/S/ Frederic D. Van Arnam
August 6, 2013

## SCHEDULE OF ENTRIES
## FASTTRACK MERCHANTS, INC.
## BALTIMORE, MARYLAND

| ENTRY DATE | ENTRY NUMBER | PORT CODE | LIQUIDATION DATE |
|---|---|---|---|
| 08/04/06 | U42-0030422-6 | 1303 | 08/10/2007 |
| 08/04/06 | U42-0030423-4 | 1303 | 08/10/2007 |
| 08/04/06 | U42-0030424-2 | 1303 | 08/10/2007 |
| 08/04/06 | U42-0030425-9 | 1303 | 08/10/2007 |
| 08/04/06 | U42-0030426-7 | 1303 | 08/10/2007 |
| 07/27/06 | U42-0030382-2 | 1303 | 08/10/2007 |
| 07/27/06 | U42-0030401-0 | 1303 | 08/10/2007 |
| 07/27/06 | U42-0030402-8 | 1303 | 08/10/2007 |
| 07/27/06 | U42-0030403-6 | 1303 | 08/10/2007 |
| 07/27/06 | U42-0030404-4 | 1303 | 08/10/2007 |
| 07/27/06 | U42-0030405-1 | 1303 | 08/10/2007 |
| 07/27/06 | U42-0030406-9 | 1303 | 08/10/2007 |
| 08/04/06 | U42-0030421-8 | 1303 | 08/10/2007 |
| 07/12/06 | U42-0030270-9 | 1303 | 08/10/2007 |
| 07/25/06 | U42-0030419-2 | 1303 | 08/10/2007 |
| 04/17/06 | U42-0029663-8 | 1303 | 08/10/2007 |
| 03/18/06 | U42-0029401-3 | 1303 | 08/10/2007 |
| 07/12/06 | U42-0030269-1 | 1303 | 08/10/2007 |
| 06/03/06 | U42-0029977-2 | 1303 | 08/10/2007 |
| 05/26/06 | U42-0029978-0 | 1303 | 08/10/2007 |
| 05/15/06 | U42-0029770-1 | 1303 | 08/10/2007 |
| 05/02/06 | U42-0029725-5 | 1303 | 08/10/2007 |
| 05/02/06 | U42-0029724-8 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030274-1 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030273-3 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030272-5 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030271-7 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030314-5 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030313-7 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030312-9 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030275-8 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030318-6 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030317-8 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030316-0 | 1303 | 08/10/2007 |
| 07/11/06 | U42-0030315-2 | 1303 | 08/10/2007 |
| 07/25/06 | U42-0030420-0 | 1303 | 08/10/2007 |